# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Dishon Disposal, Inc. and | ) | |
| | ) | **ORDER DIRECTING PARTIES** |
| Plaintiff, | ) | **TO FILE STATUS UPDATE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Perfect Circle Water Systems, LLC, | ) | |
| | ) | Case No. 4:13-cv-113 |
| Defendant. | ) | |

Plaintiff initiated the above-captioned action by complaint on September 17, 2013. Defendant filed an answer on December 6, 2013. The court initiated a telephonic scheduling conference on January 16, 2014. During the call, the parties stated they believed it was likely that the case would settle in the next few months and requested that the court postpone the scheduling conference. Pursuant to the parties' request, the court issued an order cancelling the scheduling conference to be reset at a later date if necessary.

Nothing has been filed in the case since the scheduling conference was cancelled and the parties have not provided the court any additional information regarding the status of settlement discussions. Accordingly, the parties are directed to file a brief report updating the court on the status of this action by September 14, 2014.

**IT IS SO ORDERED.**

Dated this 11th day of August, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court